**UNITED STATES v. GEORGE J. KELLY JR.**

**STATEMENT OF FACTS**

On July 6, 2010, Metropolitan Police Detective Palchak was acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force. Detective Palchak was operating out of a satellite office in Washington, DC. On July 6, 2010, Detective Palchak received information regarding defendant George Kelly from a confidential source/cooperating witness. The source stated that he met the defendant approximately 4 times in the winter of 2009 to masturbate to child pornography and smoke methamphetamine. The source stated that during the meetings the defendant often discussed his desire to have sexual contact with underage boys.

On July 6, 2010, the confidential source, acting under the supervision of the undersigned, initiated text messages via cellular telephone with the defendant, George Kelly. During this communication, the defendant asked why the source had contacted the defendant after such a "long time." The source responded "cuz we perved to yng," meaning that they had previously masturbated to child pornography. The July 6, 2010 text conversation was brief, as the defendant was working.

On July 7, 2010, FBI Special Agent Scott Schelble assumed the source's identity and used the source's cellular telephone to engage in further communication with the defendant via text messages. During the course of the text conversation, the undercover agent informed the defendant that he was sexually active with a dad and his 13 year-old son, and invited the defendant to join them. The defendant expressed an interest in participating in sexual activity with the 13 year old boy, saying he was "game [to] play w them." When told that he would have to wear a condom if he wanted to "fuck" the boy, but not if he wanted oral sex, the defendant responded "deal." The defendant also promised to bring videos to the meeting. The undercover agent informed the source that the dad and the son would be coming into DC from Woodbridge.

On July 8, 2010, the source returned a missed call from the defendant. During the telephone call the source and the defendant made arrangements to meet at a hotel in Washington, D.C., at 3:00 p.m. on July 8, 2010. The defendant said he would be driving to that meeting from Maryland. The defendant again stated that he would bring videos with him. Later on July 8, 2010, the source had another telephone conversation with the defendant. During this call the defendant said he wanted have oral sex with the 13 year old, and that he wanted to "fuck" the 13 year old.

At approximately 3:00 p.m. on July 8, 2010, the defendant arrived at the pre-arranged hotel room in Washington, D.C., and was arrested by members of the Child Exploitation Task Force. The defendant was identified as 38 year-old George J. Kelly Jr. At that time he had in his possession a Nokia cellular telephone, a Dell laptop computer, an 80 GB external hard drive, and 26 DVDs. After the defendant was arrested, he was advised of his <u>Miranda</u> rights and initially waived them. He admitted to having telephone calls and contact with the source.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

*Subscribed and sworn to before me this* _____ *day of July, 2010.*

_____
ROYCE C. LAMBERTH
CHIEF JUDGE
UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF COLUMBIA